```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
DAMON JONES, on behalf of himself and all others similarly           :
situated,                                                            :
                                                                     :
                                                                     :   1:24-cv-3704-GHW
                                       Plaintiff,                    :
                                                                     :        ORDER
                    -against-                                        :
                                                                     :
                                                                     :
MYOSCI TECHNOLOGIES, INC.,                                           :
                                                                     :
                                       Defendant.                    :
                                                                     :
-------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/2024

GREGORY H. WOODS, District Judge:

Plaintiff filed a "Declaration of Robert D. Moody" on June 20, 2024. Dkt. No. 6. The Court observes that this declaration has not been signed.

SO ORDERED.

Dated:  June 21, 2024
New York, New York

                                          GREGORY H. WOODS
                                        United States District Judge