**THE KARLIN LAW FIRM LLP**

L. Scott Karlin
David E. Karlin
Michael J. Karlin
Rex T. Reeves
Dan T. Danet
Deyuan Lin

13522 Newport Ave. 2nd Floor
Tustin, CA 92780
714.731.3283
www.karlinlaw.com

August 14, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/24
```

Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMORANDUM ENDORSED**

**RE: *Damon Jones et al. vs. Myosci Technologies, Inc.*; Case No: 1:24-cv-03704-GHW**

Dear Judge Woods:

I represent the defendant, Myosci Technologies, Inc. ("Defendant") in the above-referenced action. On May 14, 2024, Plaintiff filed a Complaint against Defendant in the U.S. District Court for the Southern District of New York. Defendant executed a Waiver of Service on August 7, 2024, making the response to the Complaint due October 7, 2024.

We write with Plaintiff's counsel's consent to respectfully request an extension to submit the Joint Letter and a Jointly Proposed Case Management Plan to October 10, 2024. Additionally, the Parties request that the Initial Pretrial Conference ("IPTC") currently scheduled for September 17, 2024, be adjourned by at least 30 days, to a date and time convenient for the Court. No previous requests for extensions of time to submit the Joint Letter and the Jointly Proposed Case Management Plan have been made in this case. The requested extension does not affect any other scheduled dates.

The extension is needed as defense counsel was recently retained in this matter and requires additional time to analyze and/or investigate the matters set forth in the Complaint, confer with our client, explore settlement, and if necessary, prepare a response to the Complaint. The Parties believe that the additional time to investigate the allegations in the Complaint and to conduct a productive Meet and Confer could potentially eliminate the need for the IPTC and result in a potential resolution in this matter.

Respectfully submitted,

/s/ Deyaun Lin

cc: All Counsel of Record (via ECF)

---

Application granted. The parties' August 14, 2024 request to adjourn the initial pretrial conference, Dkt. No. 10, is granted. The initial pretrial conference scheduled for September 17, 2024 is adjourned to October 18, 2024 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's May 15, 2024 order are due no later than October 11, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 10.

SO ORDERED.

Dated: August 14, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge

Scott@Karlinlaw.com  -  David@Karlinlaw.com  -  Mike@Karlinlaw.com  -  Rex@Karlinlaw.com  -  Dan@Karlinlaw.com  - LindaNYada@Kalinlaw.com