USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DAMON JONES, individually and on behalf of others similarly situated,

                Plaintiff,

-against-

MYOSCI TECHNOLOGIES, INC.,

                Defendant.
-----------------------------------------------------------------X

24-CV-03704 (SN)

**ORDER**

SARAH NETBURN, United States Magistrate Judge:

    On August 19, 2024, the parties consented to my jurisdiction. The conference scheduled for October 18, 2024, is ADJOURNED pending further order of the Court. The Court will schedule an Initial Pretrial Conference after the defendant responds to the complaint.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:    August 21, 2024
               New York, New York